| FORM B1 | United States Bankruptcy Court<br>District of Minnesota | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**JOHNSON, KRISTOPHER ARTHUR** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**A/S/F ABSOLUTE FIXTURE SERVICES INC**<br>**A/S/F COMPANY ONE INC**<br>**A/S/F GIRTZ JOHNSON LIMITED**<br>**A/S/F OUTSTANDING RESIDENT INC**<br>**A/S/F COMPANY 2B INC**<br>**A/S/F COMPANY 2 INC** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**9170, 41-1768058** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**7045 OAK GROVE BLVD**<br>**RICHFIELD MN 55423** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   **HENNEPIN** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ☑ Individual(s)      ☐ Railroad | | ☑ Chapter 7    ☐ Chapter 11    ☐ Chapter 13 |
| ☐ Corporation      ☐ Stockbroker | | ☐ Chapter 9    ☐ Chapter 12 |
| ☐ Partnership      ☐ Commodity Broker | | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other _____    ☐ Clearing Bank | | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☑ Consumer/Non-Business      ☐ Business | ☑ Full Filing Fee Attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (Applicable to individuals only)<br>Must attach signed application for the court's consideration certifying<br>that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | |
| ☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information**  (Estimates only) | THIS SPACE IS FOR COURT USE ONLY

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will
be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):　**KRISTOPHER ARTHUR JOHNSON** |
|---|---|

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location<br>Where Filed:　**NONE** | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>　NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X　**/e/ KRISTOPHER ARTHUR JOHNSON**
　　Signature of Debtor

X　　**Not Applicable**
　　Signature of Joint Debtor

　　Telephone Number (If not represented by attorney)

**5/6/2005**
　　Date

### Signature of Attorney

X　**/E/ JOSEPH WENTZELL**
　　Signature of Attorney for Debtor(s)

**JOSEPH WENTZELL,　170616**
　　Printed Name of Attorney for Debtor(s) / Bar No.

**WENTZELL LAW OFFICE PLLC**
　　Firm Name

**2855 ANTHONY LANE SOUTH　SUITE 200**
　　Address

**ST ANTHONY MN 55418**

**612.436.3292**　　　　　　　　　　**612.788-9879**
　　Telephone Number

**5/6/2005**
　　Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X　**Not Applicable**
　　Signature of Authorized Individual

　　Printed Name of Authorized Individual

　　Title of Authorized Individual

　　Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐　Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X　**/E/ JOSEPH WENTZELL**　　　　　　**5/6/2005**
　　Signature of Attorney for Debtor(s)　　　　　　Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐　Yes, and Exhibit C is attached and made a part of this petition.
☑　No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Not Applicable**

　　Printed Name of Bankruptcy Petition Preparer

　　Social Security Number (Required by 11 U.S.C. § 110(c).)

　　Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X　**Not Applicable**
　　Signature of Bankruptcy Petition Preparer

　　Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

Form B6
(6/90)

# United States Bankruptcy Court
## District of Minnesota

In re  **KRISTOPHER ARTHUR JOHNSON**

Case No.

Chapter  **7**

# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 0 | $ 370,000.00 | | |
| B - Personal Property | YES | 3 | $ 33,760.49 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 531,261.46 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 6 | | $ 143,058.32 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 3 | | $ 241,388.64 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 2,500.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 6,426.11 |
| Total Number of sheets in ALL Schedules ➤ | | 18 | | | |
| Total Assets ➤ | | | $ 403,760.49 | | |
| Total Liabilities ➤ | | | | $ 915,708.42 | |

In re:  **KRISTOPHER ARTHUR JOHNSON**                          ,  Case No.  _____

                   **Debtor**                                                                   **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **7045 OAK GROVE BLVD RICHFIELD MN 55423 LEGALLY DESCRIBED AS: LOT 22 BLOCK 1 WOOD LAKE SHORES HENNEPIN COUNTY MINNESOTA** | **Fee Owner** | J | $ 370,000.00 | $ 368,403.00 |
|  | **Total**  ➢ | | $ 370,000.00 | |

(Report also on Summary of Schedules.)

In re  **KRISTOPHER ARTHUR JOHNSON**        `                     Case No. _____
            Debtor                                                     (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | MISCELLANEOUS CASH | J | 50.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | WELLS FARGO CHECKING | | 35.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | FURNITURE/TV/APPLIANCES | J | 4,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | MISCELLANEOUS CLOTHING | | 500.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | KNIGHTS OF COLUMBUS UNIVERSAL LIFE | | 9,844.49 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 40 SHARES - AFS | | 1.00 |
| | | 5000 SHARES - GIRTZ JOHNSON LIMITED | | 1.00 |
| | | COMPANY 2 INC - INACTIVE - 50% OWNERSHIP | | 1.00 |
| | | COMPANY 2B INC INACTIVE - 50% OWNERSHIP | | 1.00 |

In re  **KRISTOPHER ARTHUR JOHNSON**                                       ,  **Case No.** _____

_____

Debtor                                                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **COMPANY ONE INC INACTIVE - 50% OWNERSHIP** | | 1.00 |
| | | **OUTSTANDING RESIDENT INC INACTIVE - 50% OWNERSHIP** | | 1.00 |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | | **PROPERTY TAX REFUND** | | 675.00 |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2001 LANDROVER DISCOVERY ZT** | | 12,400.00 |
| 24. Boats, motors, and accessories. | | **1968 17FT GRUMMAN CANOE** | | 50.00 |

In re   **KRISTOPHER ARTHUR JOHNSON**                                    ,   Case No. _____
                                    **Debtor**                                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | | **TIMESHARE - VERMONT** | | **6,200.00** |

_2_   continuation sheets attached                    Total    ⟶        **$ 33,760.49**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

In re **KRISTOPHER ARTHUR JOHNSON** _____ , **Case No.** _____

                  Debtor.                                                            (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under:

(Check one box)

☑ 11 U.S.C. § 522(b)(1)    Exemptions provided in 11 U.S.C. § 522(d).    **Note: These exemptions are available only in certain states.**

☐ 11 U.S.C. § 522(b)(2)    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY, WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| 1968 17FT GRUMMAN CANOE | 11 USC § 522(d)(5) | 50.00 | 50.00 |
| 2001 LANDROVER DISCOVERY ZT | 11 USC § 522(d)(5) | 3,250.00 | 12,400.00 |
| | 11 USC § 522(d)(2) | 2,950.00 | |
| 40 SHARES - AFS | 11 USC § 522(d)(5) | 1.00 | 1.00 |
| 5000 SHARES - GIRTZ JOHNSON LIMITED | 11 USC § 522(d)(5) | 1.00 | 1.00 |
| 7045 OAK GROVE BLVD RICHFIELD MN 55423 LEGALLY DESCRIBED AS: LOT 22 BLOCK 1 WOOD LAKE SHORES HENNEPIN COUNTY MINNESOTA | 11 USC § 522(d)(1) | 1,597.00 | 370,000.00 |
| COMPANY 2 INC - INACTIVE - 50% OWNERSHIP | 11 USC § 522(d)(5) | 1.00 | 1.00 |
| COMPANY 2B INC INACTIVE - 50% OWNERSHIP | 11 USC § 522(d)(5) | 1.00 | 1.00 |
| COMPANY ONE INC INACTIVE - 50% OWNERSHIP | 11 USC § 522(d)(5) | 1.00 | 1.00 |
| FURNITURE/TV/APPLIANCES | 11 USC § 522(d)(3) | 2,000.00 | 4,000.00 |
| KNIGHTS OF COLUMBUS UNIVERSAL LIFE | 11 USC § 522(d)(7) | 9,844.49 | 9,844.49 |
| MISCELLANEOUS CASH | 11 USC § 522(d)(5) | 25.00 | 50.00 |
| MISCELLANEOUS CLOTHING | 11 USC § 522(d)(3) | 500.00 | 500.00 |
| OUTSTANDING RESIDENT INC INACTIVE - 50% OWNERSHIP | 11 USC § 522(d)(5) | 1.00 | 1.00 |
| PROPERTY TAX REFUND | 11 USC § 522(d)(5) | 337.50 | 675.00 |
| TIMESHARE - VERMONT | 11 USC § 522(d)(5) | 1.00 | 6,200.00 |
| WELLS FARGO CHECKING | 11 USC § 522(d)(5) | 35.00 | 35.00 |

FORM B6D
(12/03)

In re: **KRISTOPHER ARTHUR JOHNSON** _____ , Case No. _____

Debtor                                                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **007907315415** <br> GMAC <br> PO BOX 217060 <br> AUBURN HILLS MI 48321-7060 | | | **Security Agreement** <br> **WORK VAN** <br><br> **VALUE $0.00** | | | | 2,229.23 | 0.00 |
| ACCOUNT NO. **007-9079-13802** <br> GMAC <br> PO BOX 217060 <br> AUBURN HILLS MI 48321-7060 | | | **Security Agreement** <br> **1999 CHEVY EXPRESS** <br> **GUARANTEE** <br> **VALUE $0.00** | | | | 2,229.23 | 0.00 |
| ACCOUNT NO. <br> HIGHLAND BANK ST MICHAEL <br> 701 CENTRAL AVE <br> ST MICHAEL MN 55376 | | J | **Second Lien on Residence** <br> **7045 OAK GROVE BLVD** <br> **RICHFIELD MN 55423** <br> **LEGALLY DESCRIBED AS: LOT 22** <br> **BLOCK 1 WOOD LAKE SHORES** <br> **HENNEPIN COUNTY MINNESOTA** <br><br> **VALUE $0.00** | | | | 150,000.00 | 0.00 |
| ACCOUNT NO. <br> SMUGGLERS NOTCH MANAGEMENT CO LTD <br> 4323 VERMONT ROUTE 108 SOUTH <br> SMUGGLERS NOTCH VT 05464-9537 | | J | **Security Agreement** <br> **TIMESHARE - VERMONT** <br><br> **VALUE $6,200.00** | | | | 8,400.00 | 2,200.00 |
| ACCOUNT NO. **0010494052** <br> WELLS FARGO MTG <br> PO BOX 6429 <br> CAROL STREAM IL 60197-6429 | | J | **First Lien on Residence** <br> **7045 OAK GROVE BLVD** <br> **RICHFIELD MN 55423** <br> **LEGALLY DESCRIBED AS: LOT 22** <br> **BLOCK 1 WOOD LAKE SHORES** <br> **HENNEPIN COUNTY MINNESOTA** <br><br> **VALUE $370,000.00** | | | | 368,403.00 | 0.00 |

<u>0</u> Continuation sheets attached

| | |
|---|---|
| **Subtotal** ➤ <br> (Total of this page) | $531,261.46 |
| **Total** ➤ <br> (Use only on last page) | $531,261.46 |

(Report total also on Summary of Schedules)

Form B6E
(04/04)

In re   **KRISTOPHER ARTHUR JOHNSON** _____ ,   Case No. _____
                          Debtor                                                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**        (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☑ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Other Priority Debts**

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                    <u>5</u>   Continuation sheets attached

In re  **KRISTOPHER ARTHUR JOHNSON**                                                    ,  Case No.
_____                                                              _____
           Debtor                                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority:  **Contributions to Employee Benefit Plans**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>CENTRAL IOWA CARPENTERS BENEFIT FUND<br>100 TOWER DRIVE SUITE 131<br>BURR RIDGE IL 60521 | | | | | | | 0.00 | 0.00 |
| ACCOUNT NO.<br>CHICAGO CARPENTERS FRINGE FUND<br>PO BOX 04432<br>CHICAGO IL 60690 | | | | | | | 0.00 | 0.00 |
| ACCOUNT NO.<br>MN CARPENTERS FRINGE FUND<br>WILSON MCSHANE<br>3500 METRO DRIVE SUITE 500<br>BLOOMINGTON MN 55425 | | | | | | | 0.00 | 0.00 |
| ACCOUNT NO.<br>OHIO REGIONAL CARPENTERS FRINGE FUNDS<br>3611 CHESTER AVE<br>CLEVELAND OH 44114 | | | | | | | 0.00 | 0.00 |
| ACCOUNT NO.<br>PITTSBURGH CARPENTERS FRINGE FUNDS<br>TUCKER/ARENSBURG ATTORNEYS<br>1500 ONE PPG PLACE<br>PITTSBURGH PA 15222 | | | | | | | 0.00 | 0.00 |
| ACCOUNT NO.<br>TEXAS CARPENTERS FRINGE BENEFITS<br>1300 S MERIDIAN SUITE 200<br>OKLAHOMA CITY OK 73108-1751 | | | FOURTH QUARTER 2003 AND SECOND AND THIRD QUARTER 2004 | | | | 2,200.00 | 0.00 |
| ACCOUNT NO.<br>WISCONSIN CARPENTERS FRINGE FUNDS | | | | | | | 0.00 | 0.00 |

Sheet no. _1_ of _5_ sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ▸      **$2,200.00**
(Total of this page)

Total ▸
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

In re  **KRISTOPHER ARTHUR JOHNSON**                                    ,   Case No. _____
          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾                        (If known)
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**COLORADO UNEMPLOYMENT<br>COLORADO DEPT OF REVENUE<br>DENVER CO 80281-0004** | | | **FOURTH QUARTER 2000** | | | | 336.00 | 0.00 |
| ACCOUNT NO.<br>**COMMONWEALTH OF VIRGINIA<br>DEPT OF TAXATION<br>PO BOX 1777<br>RICHMOND VA** | | | **SECOND QUARTER 2004** | | | | 10.00 | 0.00 |
| ACCOUNT NO.<br>**CONNECTICUT DEPT OF REVENUE<br>25 SIGOURNEY ST<br>PO BOX 5089<br>HARTFORD, CT 06102-5089** | | | **FOURTH QUARTER 2002** | | | | 345.00 | 0.00 |
| ACCOUNT NO.<br>**ILLINOIS<br>IDES<br>850 MADISON ST 2ND FLOOR<br>SPRINGFIELD IL 62702-5603** | | | **SECOND QUARTER 2004 AND<br>FOURTH QUARTER 2003** | | | | 1,090.00 | 0.00 |
| ACCOUNT NO.<br>**ILLINOIS DEPT OF REVENUE<br>KAREN L WILLIAMS<br>FIELD COMPLIANCE DSITRICT<br>2309 W MAIN SUITE 114<br>MARION IL 62959-1196** | | | **FOURTH QUARTER 2003<br>SECOND QUARTER AND THIRD<br>QUARTER 2004** | | | | 2,497.69 | 0.00 |
| ACCOUNT NO.<br>**INDIANA DEPT OF REVENUE<br>NCO FINANCIAL SYSTEMS<br>PO BOX 41667<br>PHILADELPHIA PA 19101** | | | | | | | 1,262.00 | 0.00 |

Sheet no. _2_ of _5_ sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ➤
(Total of this page)

**$5,540.69**

Total ➤
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

In re    **KRISTOPHER ARTHUR JOHNSON**                                                ,    Case No.

_____

Debtor                                                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**IOWA DEPT OF REVENUE**<br>**HOOVER STATE OFFICE BUILDING**<br>**DES MOINES IA 50319** | | | **SECOND QUARTER 2004** | | | | 832.00 | 0.00 |
| ACCOUNT NO.<br>**IOWA WORKFORCE DEVELOPMENT**<br>**1000 EAST GRAND AVE**<br>**DES MOINES IA 50319-0209** | | | **THIRD QUARTER 2004 AND SECOND QUARTER 2004** | | | | 3,396.00 | 0.00 |
| ACCOUNT NO.<br>**KENTUCKY DEPT OF REVENUE**<br>**STATION NUMBER 41**<br>**1000 FAIR OAKS**<br>**PO BOX 491**<br>**FRANKFORT KY 40601** | | | **THIRD QUARTER 2003** | | | | 3,400.64 | 0.00 |
| ACCOUNT NO.<br>**MICHIGAN DEPT OF TREASURY**<br>**PO BOX 77000**<br>**DETROIT MI 48277-77000** | | | **THIRD QUARTER 2003 AND FOURTH QUARTER 2003** | | | | 8,125.00 | 0.00 |
| ACCOUNT NO.<br>**MICHIGAN UNEMPLOYMENT**<br>**TAX OFFICE SUITE 11-500**<br>**3024 GRAND BLVD**<br>**DETROIT MI 48202** | | | **SECOND QUARTER 2004 AND THIRD QUARTER 2003** | | | | 10,118.12 | 0.00 |
| ACCOUNT NO.<br>**MN DEPT OF UNEMPLOYMENT**<br>**390 ROBERT ST N**<br>**ST PAUL MN 55101** | | | **BUSINESS TAXES** | | | | 45,867.87 | 0.00 |

Sheet no. _3_ of _5_ sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ➤
(Total of this page)

$71,739.63

Total ➤
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

In re   **KRISTOPHER ARTHUR JOHNSON**        ,    Case No. _____

       Debtor                                                             (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>NEW JERSEY DIVISION OF TAXATION REVENUE PROCESSING CENTER PO BOX 257 TRENTON NJ 08646-0257 | | | | | | | 11,543.00 | 0.00 |
| ACCOUNT NO.<br>NEW YORK DEPT OF LABOR UNEMPOYMENT INS DIVISION PO BOX 4305 BINGHAMPTON NY 13902-4305 | | | FOURTH QUARTER 2003 FIRST QUARTER 2004 THIRD QUARTER 2004 | | | | 11,543.00 | 0.00 |
| ACCOUNT NO.<br>NEW YORK STATE DEPT OF TAXATION W A HARRIMAN CAMPUS ALBANY NY 12227 | | | THIRD QUARTER 2003 FIRST QUARTER AND THRID QUARTER 2004 | | | | 15,000.00 | 0.00 |
| ACCOUNT NO.<br>OHIO DEPT OF JOBS PO BOX 182404 COLUMBUS OH 43218-2404 | | | FOURTH QUARTER 2003 | | | | 35.00 | 0.00 |
| ACCOUNT NO.<br>PA DEPT OF LABOR AND INDUSTRY BUREAU OF EMPLOYER TAX OPERATIONS 7TH AND FORSTER STREET PO BOX 68568 HARRISBURG PA 17106-8568 | | | THIRD AND FOURTH QUARTER 2003 AND FIRST QUARTER 2004 | | | | 7,000.00 | 0.00 |
| ACCOUNT NO.<br>PENNSYLVANIA DEPT OF REVENUE DEPT 280405 HARRISBURG PA 17128-0405 | | | FOURTH QUARTER 2003 AND FIRST QUARTER 2004 | | | | 1,600.00 | 0.00 |

Sheet no. _4_ of _5_ sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ➤    **$46,721.00**
(Total of this page)

Total ➤
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

In re    **KRISTOPHER ARTHUR JOHNSON**                                    ,    Case No. _____

_____Debtor_____                                                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>STATE OF OHIO<br>COLLECTION ENFORCEMENT SECTION<br>150 E GRAY ST 21ST FLOOR<br>COLUMBUS OH 43125 | | | THIRD QUARTER 2003 | | | | 3,919.00 | 0.00 |
| ACCOUNT NO.<br><br>TEXAS WORKFORCE COMMISSION<br>101 E 15TH ST<br>AUSTIN TX 78778-0091 | | | FOURTH QUARTER 2003 AND SECOND AND THIRD QUARTER 2004 | | | | 2,200.00 | 0.00 |
| ACCOUNT NO.<br><br>WISCONSIN DEPT OF REVENUE<br>PO BOX 93208<br>MILWAUKEE WI 53923 | | | 2002, 2003, FIRST QUARTER 2004 | | | | 9,500.00 | 0.00 |
| ACCOUNT NO.<br><br>WISCONSIN DIV OF UNEMPLOYMENT<br>PO BOX 78960<br>MADISON WI 53278-0960 | | | FIRST QUARTER 2004 | | | | 1,238.00 | 0.00 |

Sheet no. _5_ of _5_ sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal  >   $16,857.00
(Total of this page)

Total  >   $143,058.32
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

In re  **KRISTOPHER ARTHUR JOHNSON** _____, Case No. _____
                 Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**AMERICAN EXPRESS<br>2965 W CORPORATE LAKES BLVD<br>WESTON FL 33331-3626** | | | **BUSINESS DEBT** | | | | 35,698.19 |
| ACCOUNT NO.<br>**APEX/MONITRONICS ALARM<br>CCB CREDIT SERVICES INC<br>PO BOX 272<br>SPRINGFIELD IL 62705-0272** | | | | | | | 879.78 |
| ACCOUNT NO.<br>**CAPITAL ONE MASTERCARD<br>PO BOX 85015<br>RICHMOND VA 23285-5015** | | | **CREDIT CARD DEBT** | | | | 2,039.00 |
| ACCOUNT NO.<br>**CARPENTERS SERVICE OFFICE<br>3611 CHESTER AVENUE<br>CLEVELAND OH 44114** | | | **BUSINESS DEBT** | | | | 4,350.88 |
| ACCOUNT NO.<br>**CARPENTERS UNION FRINGE FUNDS<br>WILSON-MCSHANE CORP<br>3001 METRO DRIVE #500<br>BLOOMINGTON MN 55425** | | | **BUSINESS DEBT/PERSONAL GUARANTY** | | | | 98,919.85 |

<u>2</u>  Continuation sheets attached

Subtotal  ➤

Total  ➤          **$141,887.70**

Form B6F - Cont.
(12/03)

In re  __KRISTOPHER ARTHUR JOHNSON_____,  Case No. _____
                          Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **717618503**<br>**HIGHLAND BANK ST MICHAEL**<br>**701 CENTRAL AVE**<br>**ST MICHAEL MN 55376** | | | **BUSINESS DEBT** | | | | 53,134.30 |
| ACCOUNT NO.   **717618502**<br>**HIGHLAND BANK ST MICHAEL**<br>**701 CENTRAL AVE**<br>**ST MICHAEL MN 55376** | | | **BUSINESS DEBT** | | | | 4,769.39 |
| ACCOUNT NO.<br>**HOFFMAN & SWINTEK**<br>**7100 NORTHLAND CIRCLE SITE 201**<br>**BROOKLYN PARK MN 55428** | | | **ACCOUNTING SERVICES** | | | | 1,850.00 |
| ACCOUNT NO.<br>**MBNA VISA CARD**<br>**PO BOX 15026**<br>**WILMINGTON DE 19850-5026** | | | **CREDIT CARD DEBT** | | | | 8,011.00 |
| ACCOUNT NO.   **3715 313273 22009**<br>**SCOTT MALCOM**<br>**C/O AMY L COURT**<br>**800 NICOLLET MALL**<br>**2600 US BANCORP CENTER**<br>**MINNEAPOLIS MN 55402-7035** | | | **BUSINESS DEBT** | | | | 30,000.00 |

Sheet no. _1_ of _2_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▸
(Total of this page)

| $97,764.69 |
|---|

Total ▸
(Use only on last page of the completed Schedule F.)

In re  **KRISTOPHER ARTHUR JOHNSON**_____,  Case No. _____
　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**SPEETER & JOHNSON**<br>**1515 ONE FINANCIAL PLAZA**<br>**120 SOUTH SIXTH STREET**<br>**MINNEAPOLIS MN 55402** | | | **LEGAL SERVICES** | | | | 1,736.25 |

Sheet no. _2_ of _2_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶　(Total of this page)

Total ▶

**(Use only on last page of the completed Schedule F.)**

| | |
|---|---|
| Subtotal | $1,736.25 |
| Total | $241,388.64 |

(Report also on Summary of Schedules)

In re:  **KRISTOPHER ARTHUR JOHNSON**                              Case No.  _____
_____,
                    **Debtor**                                                          **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

In re:  **KRISTOPHER ARTHUR JOHNSON**                                              ,   Case No.  _____

                        Debtor                                                                                    **(If known)**

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|------------------------------|------------------------------|
|                              |                              |

Form B6I
(12/03)

In re    **KRISTOPHER ARTHUR JOHNSON**            , Case No. _____

                             Debtor                                            (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| Debtor's Marital Status:   **MARRIED** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |
| | SON | 15 |
| | DAUGHTER | 11 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **UNEMPLOYED** | **HOME ORGANIZER** |
| Name of Employer | | **SELF-EMPLOYED** |
| How long employed | | **2 MONTHS** |
| Address of Employer | | |

| Income: (Estimate of average monthly income) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ | 3,000.00 | $ | 0.00 |
| Estimated monthly overtime | $ | 0.00 | $ | 0.00 |
| SUBTOTAL | $ | 3,000.00 | $ | 0.00 |
| LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 500.00 | $ | 0.00 |
| b. Insurance | $ | 0.00 | $ | 0.00 |
| c. Union dues | $ | 0.00 | $ | 0.00 |
| d. Other (Specify) | $ | 0.00 | $ | 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 500.00 | $ | 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | 2,500.00 | $ | 0.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | 0.00 | $ | 0.00 |
| Income from real property | $ | 0.00 | $ | 0.00 |
| Interest and dividends | $ | 0.00 | $ | 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ | 0.00 |
| Social security or other government assistance (Specify) | $ | 0.00 | $ | 0.00 |
| Pension or retirement income | $ | 0.00 | $ | 0.00 |
| Other monthly income | | | | |
| (Specify) | $ | 0.00 | $ | 0.00 |
| TOTAL MONTHLY INCOME | $ | 2,500.00 | $ | 0.00 |

TOTAL COMBINED MONTHLY INCOME      $ 2,500.00      (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

    **LOOKING FOR WORK. DEBTOR BELIEVES HE WILL FIND WORK AS A CARPENTER**

In re   **KRISTOPHER ARTHUR JOHNSON**                                    ,   Case No. _____

_____Debtor_____                                                                (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate
schedule of expenditures labeled "Spouse".

| | | | |
|---|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | | $ | 2,606.11 |
| Are real estate taxes included?          Yes  ✓          No _____ | | | |
| Is property insurance included?          Yes  ✓          No _____ | | | |
| Utilities    Electricity and heating fuel | | $ | 300.00 |
|     Water and sewer | | $ | 75.00 |
|     Telephone | | $ | 90.00 |
|     Other   **MISC** | | $ | 200.00 |
| Home maintenance (repairs and upkeep) | | $ | 400.00 |
| Food | | $ | 900.00 |
| Clothing | | $ | 0.00 |
| Laundry and dry cleaning | | $ | 0.00 |
| Medical and dental expenses | | $ | 350.00 |
| Transportation (not including car payments) | | $ | 280.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 0.00 |
| Charitable contributions | | $ | 100.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | | |
|         Homeowner's or renter's | | $ | 0.00 |
|         Life | | $ | 94.00 |
|         Health | | $ | 0.00 |
|         Auto | | $ | 131.00 |
|         Other _____ | | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify)   **ESTIMATED** | | $ | 900.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | | |
|     Auto | | $ | 0.00 |
|     Other _____ | | $ | 0.00 |
| Alimony, maintenance or support paid to others | | $ | 0.00 |
| Payments for support of additional dependents not living at your home | | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| Other _____ | | $ | 0.00 |

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)               $   6,426.11

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at
some other regular interval.

| | | |
|---|---|---|
| A. Total projected monthly income | $ | _____ |
| B. Total projected monthly expenses | $ | _____ |
| C. Excess income (A minus B) | $ | _____ |
| D. Total amount to be paid into plan each _____ | $ | _____ |
| (interval) | | |

In re: <u>**KRISTOPHER ARTHUR JOHNSON**</u>                              ,          Case No. _____

          **Debtor**                                                                          **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**20**_____

(Total shown on summary page plus 1.)

sheets plus the summary page, and that they are true and correct to the best of my knowledge, information, and belief.


Date:   <u>**5/6/2005**</u>                              Signature:   <u>**/e/ KRISTOPHER ARTHUR JOHNSON**</u>

                                                                      **KRISTOPHER ARTHUR JOHNSON**

                                        [If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT APPLICABLE)

---

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**UNITED STATES BANKRUPTCY COURT**
**District of Minnesota**

In re:   **KRISTOPHER ARTHUR JOHNSON**                          Case No. _____
         **9170**                                              Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

### 1.  Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 74,830.00 | ABSOLUTE FIXTURE SERVICES INC | 2003 |
| 51,423.00 | ABSOLUTE FIXTURE SERVICES INC | 2004 |
| 0.00 | INCOME | 2005 |

### 2.  Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

### 3.  Payments to creditors

None
☐

a.   List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| CONSUMER OBLIGATIONS WHICH WERE PAID IN THE ORDINARY COURSE OF BUSINESS | | | |

b.   List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a.   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| SCOTT MALCOM AND TIM MCGOUGH V ABSOLUTE FIXTURES SERVICES INC | UNPAID UNION BENEFITS | FEDERAL DISTRICT COURT | DEFAULT JUDGMENT |

b.   Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5. Repossessions, foreclosures and returns

None
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6. Assignments and receiverships

None
☑

a.   Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7. Gifts

None
☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8. Losses

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **WENTZELL LAW OFFICE PLLC 2855 ANTHONY LANE SOUTH SUITE 200 ST ANTHONY MN 55418** | **APRIL 2005** | **1709.00 ($1500 ATTORNEY FEES AND $209 FILING FEE)** |

## 10. Other transfers

None
☑

a.   List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

## 11.  Closed financial accounts

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

## 12.  Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

## 13.  Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

## 14.  Property held for another person

None
☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

## 15.  Prior address of debtor

None
☑

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                      NAME USED                              DATES OF OCCUPANCY

## 16.  Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a.     List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None
☑

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

b.     List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☑

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.     List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☑

| NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None ☐

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| ABSOLUTE FIXTURE SERVICES INC | 41-176805E | 9855 13TH AVE PLYMOUTH MN 55441 | NATIONWIDE MILLWORK INSTALLATION | 01/10/1994 12/01/2004 |
| COMPANY 2 INC | | 1420 N LILAC DRIVE GOLDEN VALLEY MN 55422 | SHELF CORP | |
| COMPANY 2B INC | | 1420 N LILAC DRIVE GOLDEN VALLEY MN 55422 | SHELF CORP | |
| COMPANY ONE INC | | 1420 N LILAC DRIVE GOLDEN VALLLEY MN 55422 | SHELF CORP | |
| GIRTZ JOHNSON LIMITED | 20-1602011 | 1420 N LILAC DR GOLDEN VALLEY MN 55422 | SHELF CORP | 08/01/2004 |
| OUTSTANDING RESIDENT INC | | 1420 N LILIAC DRIVE GOLDEN VALLEY MN 55422 | SHELF CORP | |

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None ☑

| NAME | ADDRESS |
|------|------|

## 19. Books, records and financial statements

None ☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| TIM CONDOLUCCI | 2003 2004 |

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☑

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☑

NAME                                             ADDRESS

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

None ☑

NAME AND ADDRESS                                 DATE ISSUED

## 20. Inventories

None ☑

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

None ☑

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

## 21. Current Partners, Officers, Directors and Shareholders

None ☑

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

None ☑

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

## 22. Former partners, officers, directors and shareholders

None ☑

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

None
☑

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

## 23.  Withdrawals from a partnership or distributions by a corporation

None
☑

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 24.  Tax Consolidation Group.

None
☑

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six -year period** immediately preceding the commencement of the case.

| NAME  OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |
|---|---|

## 25.  Pension Funds.

None
☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME  OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER |
|---|---|

* * * * * *

*[if completed by an individual or individual and spouse]*
I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  5/6/2005                    Signature     **/e/ KRISTOPHER ARTHUR JOHNSON**
                                  of Debtor     **KRISTOPHER ARTHUR JOHNSON**

# UNITED STATES BANKRUPTCY COURT
## District of Minnesota

In re:  **KRISTOPHER ARTHUR JOHNSON**                    Case No. _____

**9170**                                                 Chapter    **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.  I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.  I intend to do the following with respect to the property of the estate which secures those consumer debts:

    a.  *Property To Be Surrendered.*

Description of Property                              Creditor's Name

      **None**

    b.  *Property To Be Retained.*                    *[Check any applicable statement.]*

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) | Other |
|---|---|---|---|---|---|
| 1. 7045 OAK GROVE BLVD RICHFIELD MN 55423 LEGALLY DESCRIBED AS: LOT 22 BLOCK 1 WOOD LAKE SHORES HENNEPIN COUNTY MINNESOTA | HIGHLAND BANK ST MICHAEL | X | | | |
| 2. | PITTSBURGH CARPENTERS FRINGE FUNDS | | | | |
| 3. 7045 OAK GROVE BLVD RICHFIELD MN 55423 LEGALLY DESCRIBED AS: LOT 22 BLOCK 1 WOOD LAKE SHORES HENNEPIN COUNTY MINNESOTA | WELLS FARGO MTG | X | | | |

Date:  **5/6/2005** _____          **/e/ KRISTOPHER ARTHUR JOHNSON** _____
                                            Signature of Debtor

**Form 1007-1 - Statement Of Compensation By Debtor's Attorney**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:
**KRISTOPHER ARTHUR JOHNSON**
**9170**

Debtor.

Case No. BKY _____

Chapter ___**7**___ Case

## STATEMENT OF COMPENSATION BY ATTORNEY FOR DEBTOR(S)

The undersigned, pursuant to Local Rule 1007-1, Bankruptcy Rule 2016(b) and § 329(a) of the  Bankruptcy Code , states that:

1.   The undersigned is the attorney for the debtor(s) in this case and files this statement as required by applicable rules.

2.   (a) The filing fee paid by the under-signed to the clerk for the debtor(s) in this case is:                                                          $ _____ **209.00**

(b) The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:                                                          $ _____ **1,500.00**

c) Prior to filing this statement, the debtor(s) paid to the undersigned:                                                          $ _____ **1,709.00**

(d) The unpaid balance due and payable by the debtor(s) to the undersigned is:                                                          $ _____ **0.00**

3.   The services rendered or to be rendered include the following: (a) analysis of the financial situation and rendering advice and assistance to the debtor in determining whether to file a petition under Title 11 of the United States Code; (b) preparation and filing of the petition, exhibits, attachments, schedules, statements and lists and other documents required by the court; (c) representation of the debtor(s) at the meeting of creditors; (d) negotiations with creditors; and (e) other services reasonably necessary to represent the debtor(s) in this case.

4.   The source of all payments by the debtor(s) to the undersigned was or will be from earnings or other current compensation of the debtor(s), and the undersigned has not received and will not receive any transfer of property other than such payments by the debtor(s), except as follows:

5.   The undersigned has not shared or agreed to share with any other person other than with members of undersigned's law firm any compensation paid or to be paid.

Dated:   **5/6/2005**

Signed:   **/E/ JOSEPH WENTZELL**

**JOSEPH WENTZELL**
**Bar no: 170616**
Attorney for Debtor(s)

**WENTZELL LAW OFFICE PLLC**
**2855 ANTHONY LANE SOUTH**
**SUITE 200**
**ST ANTHONY MN 55418**
**612.436.3292**

LOCAL RULE REFERENCE: **1007-1**